1  ELGUINDY, MEYER & KOEGEL, APC
   DAVID L. PRICE, State Bar Number 88696
2      *dprice@emklawyers.com*
   BENJAMIN D. KOEGEL, State Bar Number 266308
3      *bkoegel@emklawyers.com*
4  2990 Lava Ridge Court, Suite 205
   Roseville, CA 95661
5  Telephone:  (916) 778-3310
   Facsimile:   (916) 330-4433
6

7  Attorneys for Defendant INFINITY ENERGY,
   INC., a California corporation
8

9              **UNITED STATES DISTRICT COURT**

10          **SOUTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12 CHASE ROGERS, individually and on behalf of all others similarly situated, | Case No.: 3:20-cv-02194-CAB-MSB |
| 13 | |
| 14       Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| 15 vs. | |
| 16 INFINITY ENERGY, INC., a California corporation, | JUDGE:    Hon. Cathy Ann Bencivengo<br>FILED:    November 10, 2020<br>TRIAL:    May 9, 2022 |
| 17 | |
| 18       Defendants. | |

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that the parties have reached a settlement in the above-captioned matter.  The terms of the settlement agreement are still being negotiated and the parties hereby respectfully request the Court vacate the upcoming Case Management Conference, currently scheduled for June 10, 2021.  The parties expect to finalize the terms of the settlement agreement, and fund the same, within the next 14 days and the parties will thereafter submit a Motion to Dismiss this matter.

Dated:  6/9/2021          ELGUINDY, MEYER & KOEGEL, APC

By: _____
    David L. Price, Esq.
    Benjamin D. Koegel, Esq.
Attorneys for Defendant INFINITY ENERGY, INC., a California corporation

Dated: 6/9/2021          EDELSBERG LAW, PA

By: *Scott Edelsberg* _____
    Scott Edelsberg, Esq.
Attorneys for Plaintiff CHASE ROGERS