**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
20900 NE 30th Ave, Suite 417
Aventura, FL 33180
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

**ELGUINDY, MEYER & KOEGEL, APC**
David L. Price, State Bar Number 88696
dprice@emklawyers.com
Benjamin D. Koegel, State Bar Number 266308
bkoegel@emklawyers.com
2990 Lava Ridge Court, Suite 205
Roseville, CA 95661
Telephone: (916) 778-3310
Facsimile: (916) 330-4433

*Counsel for the Defendant*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE ROGERS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>INFINITY ENERGY INC.,<br><br>*Defendant*. | Case No. 20cv2194-CAB (MSB)<br><br>**JOINT MOTION FOR DISMISSAL** |

1
**JOINT MOTION FOR DISMISSAL**

Plaintiff, Chase Rogers, and Defendant, Infinity Energy Inc., hereby submit this Joint Motion for Dismissal (the "Joint Motion"). Pursuant to this Joint Motion, the Parties agree and stipulate that to the dismissal of this action as follows:

1. All claims of the Plaintiff, Chase Rogers, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: July 8, 2021                    Respectfully submitted,

**EDELSBERG LAW, P.A.**
By: /s/ Scott Edelsberg
Scott Edelsberg, Esq. (CA Bar No. 330990)
scott@edelsberglaw.com
20900 NE 30th Ave, Suite 417
Aventura, FL 33180
Telephone: 305-975-3320

*Counsel for Plaintiff and the Proposed Class*

Dated: July 8, 2021

**ELGUINDY, MEYER & KOEGEL, APC**
By: /s/ Benjamin D. Koegel
David L. Price, State Bar Number 88696
dprice@emklawyers.com
Benjamin D. Koegel, State Bar Number 266308
bkoegel@emklawyers.com
2990 Lava Ridge Court, Suite 205
Roseville, CA 95661
Telephone: (916) 778-3310
Facsimile: (916) 330-4433

*Counsel for the Defendant*

2
**JOINT MOTION FOR DISMISSAL**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

**EDELSBERG LAW, P.A.**
By: /s/ Scott Edelsberg
Scott Edelsberg, Esq. (CA Bar No. 330990)
scott@edelsberglaw.com
20900 NE 30th Ave, Suite 417
Aventura, FL 33180
Telephone: 305-975-3320

*Counsel for Plaintiff and the Proposed Class*