# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE ROGERS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>INFINITY ENERGY INC., a California corporation,<br><br>　　　　　　　　　　　Defendant. | Case No.: 3:20-cv-2194-CAB-MSB<br><br>**DISMISSAL WITH PREJUDICE** |

Upon consideration of the parties' joint motion to dismiss this case [Doc. No. 17], and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** All claims of Plaintiff Chase Rogers, individually, are hereby **DISMISSED WITH PREJUDICE**. All claims of any unnamed member of the alleged class are hereby **DISMISSED WITHOUT PREJUDICE**. Each side shall bear its own costs and fees.

It is **SO ORDERED**.

Dated: July 8, 2021

_____
Hon. Cathy Ann Bencivengo
United States District Judge